

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~Petitioner~~
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3·24·11

DEPUTY CLERK

( copy to Petitioner's counsel
  in CV 11-1456 -PSG(RNB) )



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PHILLIP TORRES,   ) Case No. CV 11-2362-PSG (RNB)
      Petitioner,   )
         vs.   ) ORDER TO SHOW CAUSE
           )
G.D. LEWIS (Warden),   )
      Respondent.   )
_____ )

Petitioner, a California state prisoner currently incarcerated at Pelican Bay State Prison in Crescent City, filed a pro per Petition for Writ of Habeas Corpus by a Person in State Custody herein on March 21, 2011. The Petition purports to be directed to the same 2007 Los Angeles County Superior Court judgment of conviction in Case No. PA046195 as a habeas petition filed by petitioner (through privately-retained counsel Charles Carbone) on February 17, 2011, in Case No. CV 11-1456-PSG (RNB). Thus, petitioner now has two habeas petitions directed to the same judgment of conviction pending in this Court under two different case numbers. Moreover, four of the five grounds for relief being alleged in the Petition herein appear to correspond to the four grounds for relief being alleged in the Petition in Case No. CV 11-1456-PSG (RNB).

Accordingly, on or before **April 25, 2011**, petitioner is ordered to either file a

1

notice of voluntary dismissal or show good cause in writing why this action should not be administratively closed in order to avoid the unnecessary expenditure of duplicative resources.

The clerk is directed to serve a copy of this Order to Show Cause on petitioner's counsel of record in Case No. CV 11-1456-PSG (RNB).

DATED:  March 23, 2011

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE